IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL MENESE**, individually and on behalf of all others similarly situated, <br><br> **Plaintiff,** <br><br> v. <br><br> **OSP PREVENTION GROUP, INC.** and **WILLIAM E. MABRY II,** <br><br> **Defendants.** | Civil Action No. 1:15-cv-3209-WSD |

### JOINT DETAILED DISCOVERY PLAN

Plaintiff Michael Menese and Defendants OSP Prevention Group, Inc. and William E. Mabry II, through the undersigned counsel, hereby submit the following Detailed Discovery Plan in accordance with this Court's Scheduling Order [Dkt. 18] of January 26, 2016, and its Standing Order Regarding Civil Litigation ¶ 14:

1. Discovery in this putative FLSA collective action is currently scheduled to be completed on or before July 1, 2016.[1]

2. The Parties will serve their written first written discovery responses to each other no later than February 22, 2016.

---

[1] Plaintiff served his First Interrogatories and Requests for Production on Defendants on January 19, 2016. Defendant has not yet served discovery requests upon Plaintiff.

3. Defendant intends to depose Plaintiff on March 22, 2016.

4. Plaintiff intends to depose Defendant OSP on March 29, 2016.

5. Plaintiff intends to depose Defendant Mabry on April 12, 2016.

6. The Parties intend to conduct further depositions, but cannot yet identify the third parties they will need to depose.

7. The Parties will amend this Detailed Discovery Plan at such time that further third-party deponents can be identified.

8. The Parties will serve their final written discovery no later than May 20, 2016.

9. The Parties will conclude all depositions in the initial discovery period no later than July 1, 2016.

10. The Parties do not currently anticipate the participation of expert witnesses in this case, but will amend this Detailed Discovery Report if the need for expert testimony becomes apparent.

11. Should conditional class certification be granted, following the issuance of a court-approved notice of collective action and a period for potential class members to "opt in," the Parties anticipate that an additional discovery period of three (3) months will be necessary as to the question of alleged damages after the opt-in period closes.

Respectfully submitted this 5th day of February 2016,

| | |
|---|---|
| **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC** | **MITCHELL LAW** |

*/s/ Mitchell D. Benjamin*  
Mitchell D. Benjamin  
Georgia Bar No. 049888  
Charles R. Bridgers  
Georgia Bar No. 080791  
Matthew W. Herrington  
Georgia Bar No. 275411  

3100 Centennial Tower  
101 Marietta Street, NW  
Atlanta, Georgia 30303  
(404) 979-3150 Telephone  
(404) 979-3170 Facsimile  
benjamin@dcbflegal.com  
charlesbridgers@dcbflegal.com  
matthew.herrington@dcbflegal.com  

ATTORNEYS FOR PLAINTIFF

*/s/ W. Wright Mitchell*  
W. Wright Mitchell  
Georgia Bar No. 513680  

1201 Peachtree Street, Suite 2000  
Atlanta, Georgia 30361  
(470) 588-3305  
(470) 588-3306(f)  
wright@wrightmitchell.com  

ATTORNEY FOR DEFENDANTS