UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MENESE, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>OSP PREVENTION GROUP, INC. and )<br>WILLIAM E. MABRY II )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION NO.<br>1:15-CV-03209-WSD |

## LOCAL RULE 5.4 CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 21, 2015, I served a copy of *Defendants' First Continuing Interrogatories and Request for Production of Documents* via United States Postal Service on Plaintiff's counsel of record as follows:

> Mitchell D. Benjamin & Charles R. Bridgers
> 3100 Centennial Tower
> 101 Marietta Street NW
> Atlanta, Georgia 30303

Respectfully submitted this 21st day of February, 2016.

MITCHELL LAW

*/s/ W. Wright Mitchell*
W. Wright Mitchell
Georgia Bar No. 513680