IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL MENESE**, individually and on behalf of all others similarly situated, <br><br> **Plaintiff,** <br><br> v. <br><br> **OSP PREVENTION GROUP, INC.** and **WILLIAM E. MABRY II,** <br><br> **Defendants.** | Civil Action No. 1:15-cv-3209-WSD |

### JOINT MOTION TO STAY PROCEEDING AND COMPEL ARBITRATION

Now come Plaintiff Michael Menese and Defendants OSP Prevention Group, Inc. and William E. Mabry II, through the undersigned counsel, and jointly move the Court to enter the attached Consent Order staying this proceeding and compelling arbitration.

Respectfully submitted this 11th day of April 2016,

*/s/ Matthew W. Herrington*
Mitchell D. Benjamin
Georgia Bar No. 049888
Matthew W. Herrington
Georgia Bar No. 275411

*/s/ W. Wright Mitchell*
W. Wright Mitchell
Georgia Bar No. 513680

**MITCHELL LAW**

1

| | |
|---|---|
| **DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC** | 1201 Peachtree Street, N.E.<br>Suite 2000<br>Atlanta, GA 30361<br>Tel: (404) 588-3305<br><u>wright@wrightmitchell.com</u> |
| 3100 Centennial Tower<br>101 Marietta Street, N.W.<br>Atlanta, GA 30303<br>Tel: (404) 979-3150<br><u>benjamin@dcbflegal.com</u><br><u>matthew.herrington@dcbflegal.com</u> | Counsel for Defendants |
| Counsel for Plaintiff | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL MENESE**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**OSP PREVENTION GROUP, INC.** and **WILLIAM E. MABRY II**,<br><br>    Defendants. | Civil Action No. 1:15-cv-3209-WSD |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused the foregoing document to be filed with the Clerk via the Court's CM/ECF system, thereby ensuring electronic delivery upon all counsel of record.

Dated: April 11, 2016.

                                         */s/ Matthew W. Herrington*
                                         Matthew W. Herrington
                                         Georgia Bar No. 275411