IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MENESE, **Plaintiff,** v. OSP PREVENTION GROUP, INC. and WILLIAM E. MABRY II, **Defendants.** | Civil Action No. 1:15-cv-3209-WSD |

### NOTICE OF CONCLUSION OF ARBITRATION

Plaintiff Michael Menese hereby gives notice, as required by the Court's April 12, 2016 Order [Dkt. 34], of the conclusion of the Parties' arbitration. Following a two-day participatory hearing and post-hearing briefing, the arbitrator issued a Final Award in favor of Plaintiff in the amount of $94,855.07. The Parties have agreed upon payment terms and Plaintiff does not intend to file a motion in this Court to confirm the arbitrator's Final Award if all payments are timely made.

This 13th day of November 2017,

        Respectfully submitted,

        **DeLong, Caldwell, Bridgers,**
        **Fitzpatrick & Benjamin, LLC**

        */s/ Matthew W. Herrington*

| | |
|---|---|
| 3100 Centennial Tower | Mitchell D. Benjamin |
| 101 Marietta Street, N.W. | Georgia Bar No. 049888 |
| Atlanta, GA 30303 | Matthew W. Herrington |
| Tel: (404) 979-3150 | Georgia Bar No. 275411 |
| benjamin@dcbflegal.com | |
| matthew.herrington@dcbflegal.com | Counsel for Plaintiff |

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL MENESE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**OSP PREVENTION GROUP, INC.** and **WILLIAM E. MABRY II,**<br><br>**Defendants.** | Civil Action No. 1:15-cv-3209-WSD |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused the foregoing document to be filed with the Clerk via the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: November 13, 2017

                                        */s/ Matthew W. Herrington*
                                        Matthew W. Herrington
                                        Georgia Bar No. 275411