UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MENESE,<br><br>                Plaintiff,<br><br>vs.<br><br>OSP PREVENTION GROUP, INC, and WILLIAM E. MABRY, II,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-3209-WSD |

## J U D G M E N T

This action having come before the Court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of Plaintiff's Motion to Confirm Arbitration Award, and the Court having granted said motion, it is

**Ordered and adjudged** that the arbitration award is confirmed as to Defendants OSP Prevention Group, Inc. and William E. Mabry II. Judgment is hereby entered against Defendants, jointly and severally, in the amount of $94,855.07.

Dated at Atlanta, Georgia this 15th day of May, 2018.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT


                                   By:  s/ D. McGoldrick
                                              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
    May 15, 2018
James N. Hatten
Clerk of Court

By: s/ D. McGoldrick
        Deputy Clerk